**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: J.L.W., A MINOR  : No. 449 MAL 2022
: 
: 
PETITION OF: J.L.W., A MINOR  : Petition for Allowance of Appeal
: from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.